

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2015

No. 04-15-00077-CV

Harry Oliver **WINKENHOWER**,
Appellant

v.

George Allan **SMITH**, independent executor of the Estate of Lyda Catherine Smith, Deceased,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000018
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellant's brief was due to be filed with this court on April 29, 2015. This court granted Appellant's first motion for extension of time to file his brief until May 29, 2015. On May 27, 2015, Appellant filed an unopposed second motion for extension of time to file his brief until June 29, 2015, for a total extension of sixty days.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than June 29, 2015. *See* TEX. R. APP. P. 38.6(d).

**NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.** If Appellant fails to file his brief as ordered, the court may dismiss this appeal for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court